

# NUMBER 13-17-00616-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE DEBRA V. BENGE

## On Petition for Writ of Mandamus.

# ORDER

### Before Chief Justice Valdez and Justices Contreras and Hinojosa
### Order Per Curiam

Relator Debra V. Benge filed a petition for writ of mandamus in the above cause on November 2, 2017. Through this original proceeding, relator seeks to set aside (1) a July 5, 2017 order granting the plea to the jurisdiction filed by Harold Joe Adams and Harold Joe Adams, Jr. LLC, and (2) a July 11, 2017 order granting the plea to the jurisdiction filed by Thomas Ranches Oil and Gas Joint Venture d/b/a O&G Rocks. The Court requests that the real parties in interest, Harold Joe Adams; Harold Joe Adams LLC; Margaret A. Thomas, as independent executor of the estate of Anne Friar Thomas, as Trustee of the Thomas Family 2012 Trust, AFT Minerals, Ltd., and AFT Property

Management LLC; Thomas Rach Oil & Gas Joint Venture d/b/a O&G Rocks; and Dinah Voelkel, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.  *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
3rd day of November, 2017.